

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Clinton J. Fuchs*  *Suite 400*  DIRECT: 410-209-4893
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Clinton.Fuchs@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3124

January 20, 2014

The Honorable J. Frederick Motz
United States District Judge
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *United States v. Delano Maith*
            Crim. No.: 07cr561; Civ. No. 13cv2324

Dear Judge Motz:

    On November 20, 2007, the Petitioner, Delano Maith, was charged in a one-count indictment with possession of a firearm by a prohibited person in violation of 18 U.S.C § 922(g). Mr. Maith pleaded guilty and was subsequently sentenced to a 180 month term of imprisonment. At the time of sentencing the Court determined that Mr. Maith qualified as an Armed Career Criminal ("ACC") pursuant to 18 U.S.C. § 924(e).

    Mr. Maith has moved to vacate his sentence pursuant to 28 U.S.C. § 2255 on the grounds that he no longer qualifies as an ACC in light of the Supreme Court's decision in *Descamps v. United States*, 133 S. Ct. 2276 (2013) and the Circuit Court's decision in *United States v. Royal*, 731 F.3d 333 (4th Cir. 2013). Upon review of the file in this matter, the Government will not oppose Mr. Maith's petition to be resentenced. Furthermore, the Government will not argue that Mr. Maith qualifies as an ACC at the time of his resentencing. The Government's decision here is based on the specific facts of this case, including the time already served by the Petitioner, the potential sentencing guidelines calculation, as well as the legal and procedural posture of this case.

    Counsel for the parties will confer and contact Chambers to schedule the re-sentencing. Thank you for your consideration of this matter.

                                                Sincerely,

                                                Rod J. Rosenstein
                                                United States Attorney

                                                By:_____/s/_____
                                                Clinton Fuchs
                                                Assistant United States Attorney